Cardillo & Corbett
Attorneys for Plaintiff
THE GREAT EASTERN SHIPPING CO., LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
THE GREAT EASTERN SHIPPING CO., LTD.,   :
                                        :
                     Plaintiff,         :   **ECF**
                                        :   **RULE 7.1 STATEMENT**
          -against-                     :
                                        :
ASHAPURA MINECHEM LIMITED,              :
                                        :
                     Defendant.         :
------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, THE GREAT EASTERN SHIPPING CO., LTD., certifies that its shares are publicly held.

Dated:   New York, New York
         May 16, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              THE GREAT EASTERN SHIPPING CO., LTD.

                    By: _____
                              Tulio R. Prieto (TP 8455)