UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THE GREAT EASTERN SHIPPING CO., LTD.,

              Plaintiff,

    -against-

ASHAPURA MINECHEM LIMITED,

              Defendant.
------------------------------------x

08 CIV 4568

ECF
ORDER APPOINTING
PERSON TO SERVE
PROCESS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-19-08

      Upon motion of the Plaintiff for an order appointing Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

      Upon reading the Affidavit of Tulio R. Prieto, sworn to May 16, 2008, and good cause having been shown,

      IT IS ORDERED that Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
       May 19, 2008

                                                  Deborah A. Batts
                                              United State District Judge
                                              for John E. Sprizzo

PART I