Cardillo & Corbett
Attorneys for Plaintiff
THE GREAT EASTERN SHIPPING CO., LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
THE GREAT EASTERN SHIPPING CO., LTD.,    :
                                         :  **ECF**
                      Plaintiff,         :  **AFFIDAVIT IN**
                                         :  **SUPPORT OF PERSON**
         -against-                       :  **TO SERVE PROCESS**
                                         :  08 Civ. 4568 (JES)
ASHAPURA MINECHEM LIMITED,               :
                                         :
                      Defendant.         :
-----------------------------------------x


STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )


        TULIO R. PRIETO, being duly sworn, deposes and

says:

        1.   I am a member of the Bar of this court, a member

of the law firm of Cardillo & Corbett, attorneys for Plaintiff,

and am fully familiar with the facts and circumstances in the

captioned matter.

        2.   This affidavit is made pursuant to Rule 4(c) of

the Federal Rules of Civil Procedure in support of an order to

appoint myself, James P. Rau, Enmanuel O. Suarez, Cesar H.

Castro, or any other partner, associate, paralegal or other

agent of Cardillo & Corbett, in addition to the United States Marshal, to serve the Verified Complaint, the Process of Maritime Attachment and Garnishment, and other process in this action.

3.    The granting of this request will result in expediting the service of process.  The action involves a claim for breach of maritime contracts ("Charter Parties") by Defendant.  Said Defendant cannot be found within this District but it has or will have funds, monies, credits and debts in this District in the hands of garnishees including, but not limited to, ABN Amro Bank NV, American Express Bank, Banco Popular, Bank Leumi, Bank of America, Bank of China, Bank of Communications Co. Ltd. New York Branch, Bank of India, Bank of New York, Barclays Bank, BNP Paribas, Calyon, Citibank, Commerzbank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, State Bank of India, Societe Generale, UBS AG and/or Wachovia Bank, that can be attached, and it is desirable to expedite service of process to prevent such funds, monies, credits or debts from being disbursed.

WHEREFORE, it is respectfully requested that the order be granted appointing Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to

serve process in this action.

_____
TULIO R. PRIETO

Sworn to before me this
16th day of May, 2008

_____
NOTARY PUBLIC

CHRISTOPHIL B. COSTAS
Notary Public, State of New York
No. 31-0773693
Qualified in New York County
Commission Expires April 30, 2011

3