*SPRIZZO J*

Cardillo & Corbett
Attorneys for Plaintiff
THE GREAT EASTERN SHIPPING CO., LTD
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
THE GREAT EASTERN SHIPPING CO., LTD.,    :
                                          :
                        Plaintiff,        :        ECF
                                          :        NOTICE OF DISMISSAL
            -against-                     :        PURSUANT TO FRCP
                                          :        RULE 41(a)(1)
ASHAPURA MINECHEM LIMITED,                :        08 Civ. 4568 (JES)
                                          :
                        Defendant.        :
------------------------------------------x

        PLEASE TAKE NOTICE that the captioned action is

hereby dismissed without prejudice.  The defendant has not

appeared or served an answer in this action.

Dated:    New York, New York
          June 13, 2008

                                CARDILLO & CORBETT
                                Attorneys for Plaintiff,
                                THE GREAT EASTERN SHIPPING CO., LTD.

                        By: _____
                                Tulio R. Prieto (TP 8455)


SO ORDERED: 6/17/08

_____
U.S.D.J.    *for Judge Sprizzo*